# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Purdue Pharma, L.P. et al,** ) | |
| **Plaintiff** ) | |
| v. ) | **Civil Action No. 15-cv-13099-FDS** |
| ) | **(LEAD DOCKET NO.)** |
| **Collegium Pharmaceutical, Inc.,** ) | |
| **Defendant** ) | |
| | |
| Purdue Pharma LP et al, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | Civil Action No. 15-cv-13624-FDS |
| ) | (ORIGINAL DOCKET NO.) |
| Collegium Pharmaceutical Inc., ) | |
| Defendant ) | |

**SAYLOR, J.**

## ORDER OF CONSOLIDATION

The above-captioned cases, Purdue Pharma, L.P. et al v. Collegium Pharmaceutical, Inc., are hereby **ORDERED** consolidated under the **lead case, docket number 15-cv-13099-FDS** pursuant to Fed. R. Civ. P. 42. The cases involve common parties and common factual and legal issues as the suits arise from the same bankruptcy proceeding.

**All future pleadings and submissions shall be filed only under the lead case number 15-cv-13099-FDS, and lead caption.** Filings submitted with other case numbers or captions will not be accepted.

**SO ORDERED.**

**Date:  November 4, 2015**            */s/ F. Dennis Saylor, IV*
                                                          **F. Dennis Saylor, IV,  U.S.D.J.**