IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PURDUE PHARMA L.P., THE P.F. LABORATORIES, INC., PURDUE PHARMACEUTICALS L.P. and RHODES TECHNOLOGIES,<br><br>Plaintiffs,<br><br>v.<br><br>COLLEGIUM PHARMACEUTICAL, INC.,<br><br>Defendant. | C.A. No. 15-cv-13099-FDS<br>(Lead Docket No.) |

**DEFENDANT COLLEGIUM PHARMACEUTICAL, INC.'S MOTION FOR PARTIAL JUDGMENT ON THE PLEADINGS PURSUANT TO FED. R. CIV. P. 12(c) AND FOR ENTRY OF FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b)**

Pursuant to Rules 12(c) and 54(b) of the Federal Rules of Civil Procedure, Collegium Pharmaceutical, Inc. hereby moves this Court for partial judgment on the pleadings and for entry of final judgment. This motion is supported by the Memorandum of Law submitted simultaneously herewith.

**REQUEST FOR ORAL ARGUMENT**

Collegium respectfully requests that the Court schedule an oral argument on this Motion.

86256183.1

Respectfully submitted,

Date:  November 9, 2015						By  */s/  Jake M. Holdreith*
								Jake M. Holdreith (admitted *pro hac vice*)
								Jamie R. Kurtz (admitted *pro hac vice*)
								Kelsey J. Thorkelson (admitted *pro hac vice*)
								Robins Kaplan LLP
								2800 LaSalle Plaza
								800 LaSalle Avenue
								Minneapolis, MN 55402–2015
								612–349–8500

								Christopher P. Sullivan (BBO#485120)
								Robins Kaplan LLP
								800 Boylston Street
								Suite 2500
								Boston, MA 02199

								*Attorneys for Defendant Collegium Pharmaceutical, Inc.*

86256183.1

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) this 9th day of November, 2015.

*/s/Jake M. Holdreith*
Jake M. Holdreith (admitted *pro hac vice*)

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for the parties named in this matter have met and conferred and have attempted in good faith to resolve or narrow the issue via telephone conference this 9th day of November, 2015.

*/s/Jake M. Holdreith*
Jake M. Holdreith (admitted *pro hac vice*)