IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| PURDUE PHARMA L.P.,<br>THE P.F. LABORATORIES, INC.,<br>PURDUE PHARMACEUTICALS L.P.<br>and RHODES TECHNOLOGIES,<br><br>        Plaintiffs,<br><br>    v.<br><br>COLLEGIUM PHARMACEUTICAL, INC.,<br><br>        Defendant. | C.A. No. 15-cv-13099-FDS |

### JOINT STATUS UPDATE REGARDING FEDERAL CIRCUIT DECISION IN *PURDUE PHARMA L.P. V. EPIC PHARMA, LLC*, No. 2014-1294

Defendant Collegium Pharmaceutical, Inc. ("Collegium") and Plaintiffs Purdue Pharma L.P., The P.F. Laboratories, Inc., Purdue Pharmaceuticals L.P., and Rhodes Technologies ("Purdue") hereby provide this joint status report regarding the Federal Circuit decision in *Purdue Pharma L.P. v. Epic Pharma, LLC*, No. 2014-1294, pursuant to this Court's order dated December 23, 2015 (D.I. 46). On February 1, 2016, the Federal Circuit issued a decision upholding the Southern District of New York's finding of invalidity of certain claims of U.S. Patent Numbers 7,674,799, 7,674,800, and 7,683,072 (the "low-ABUK patents"). The Federal Circuit's decision is attached hereto as Exhibit A.

Given the Federal Circuit's affirmance, the parties stipulate to the judgment attached hereto as Exhibit B. Collegium requests that judgment be entered as quickly as possible. The parties do not believe that there is need for a hearing or conference on this matter and propose that the hearing scheduled for February 25 be vacated. The parties request that the stay be

terminated, and will comply with the Court's procedures for setting a schedule with respect the remaining issues in the case.

Notwithstanding stipulation to prompt entry of the judgment attached hereto as Exhibit B, Plaintiffs reserve their rights to seek Federal Circuit panel rehearing, *en banc* rehearing, and United States Supreme Court review of the Federal Circuit's panel decision attached hereto as Exhibit A, and further reserve their rights to seek to avoid the stipulated judgment and its effects, including seeking reinstatement of the 30-month stay under 35 U.S.C. § 355(c)(3)(C), if they are successful in obtaining reversal of the Federal Circuit panel decision on any request for further review. Collegium reserves all rights to oppose such relief and to show that the 30-month stay in this case may not be reinstated.

Respectfully submitted,

Date: February 4, 2016

By  /s/ *Jake M. Holdreith*
Jake M. Holdreith (admitted *pro hac vice*)
Jamie R. Kurtz (admitted *pro hac vice*)
Kelsey J. Thorkelson (admitted *pro hac vice*)
Robins Kaplan LLP
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402–2015
612–349–8500

Christopher P. Sullivan (BBO#485120)
Robins Kaplan LLP
800 Boylston Street
Suite 2500
Boston, MA 02199

*Attorneys for Defendant Collegium Pharmaceutical, Inc.*

/s/ *John H. Normile*
Christopher M. Morrison (BBO#651335)
JONES DAY

100 High Street
21st Floor
Boston, MA 02110
Telephone:  (617) 960-3939
Facsimile:  (617) 449-6999
cmorrison@jonesday.com

John J. Normile (admitted *pro hac vice*)
Kenneth S. Canfield (admitted *pro hac vice*)
JONES DAY
222 East 41st Street
New York, NY 10017
Telephone:  (212) 326-3939
Facsimile:  (212) 755-7306
jjnormile@jonesday.com
kcanfield@jonesday.com

Gregory Castanias (admitted *pro hac vice*)
Jennifer L. Swize (admitted *pro hac vice*)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone:  (202) 879-3939
Facsimile:  (202) 626-1700
gcastanias@jonesday.com
jswize@jonesday.com