UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PURDUE PHARMA L.P., <br> THE P.F. LABORATORIES, INC., <br> PURDUE PHARMACEUTICALS L.P., and <br> RHODES TECHNOLOGIES, <br><br> Plaintiffs, <br><br> v. <br><br> COLLEGIUM PHARMACEUTICAL, INC., <br><br> Defendant. | C.A. No. 15-cv-13099-FDS <br><br> (Lead Docket No.) <br><br> **re Member Case: 17-cv-10690** |

## STIPULATION OF DISMISSAL OF MEMBER CASE 17-CV-10690

WHEREAS the Court has granted (D.I. 162) Plaintiffs' motion for leave to file an amended complaint in the Lead Case to add counts of infringement of U.S. Patent No. 9,522,919, the only patent at issue in member case 17-cv-10690;

WHEREAS Plaintiffs have filed their Amended Complaint (D.I. 163) and Defendant has answered that Amended Complaint (D.I. 164); and

WHEREAS allegations in the Amended Complaint in the Lead Case subsume the allegations in member case 17-cv-10690, and in the interests of judicial efficiency;

Pursuant to Rule 41(a)(1)(A)(ii) and (c) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all claims and counterclaims of member case 17-cv-10690 are dismissed without prejudice. This stipulation and agreement has no effect on any claims, counterclaims, and affirmative defenses asserted in the Amended Complaint or Answer, or otherwise asserted in the past, currently, or in the future in 15-cv-13099-FDS.

<mark>Case 1:15-cv-13099-FDS   Document 165   Filed 02/26/18   Page 2 of 2</mark>

AGREED AND STIPULATED TO:

Dated: February 26, 2018

| | |
|---|---|
| /s/ Kenneth S. Canfield | /s/ Christopher A. Pinahs |
| Christopher M. Morrison (BBO# 651335) | Jake M. Holdreith (admitted *pro hac vice*) |
| JONES DAY | Christopher A. Pinahs (admitted *pro hac vice*) |
| 100 High Street | Kelsey J. Thorkelson (admitted *pro hac vice*) |
| 21st Floor | Robins Kaplan LLP |
| Boston, MA 02110 | 800 LaSalle Avenue |
| Telephone: (617) 960-3939 | Suite 2800 |
| Facsimile: (617) 449-6999 | Minneapolis, MN 55402 |
| cmorrison@jonesday.com | 612 349 8500 |
| | *JHoldreith.RobinsKaplan.com* |
| John J. Normile (pro hac vice) | *CPinahs@RobinsKaplan.com* |
| Pablo D. Hendler (pro hac vice) | *KThorkelson@RobinsKaplan.com* |
| Kenneth S. Canfield (pro hac vice) | |
| JONES DAY | Oren D. Langer (admitted *pro hac vice*) |
| 250 Vesey Street | Robins Kaplan LLP |
| New York, NY 10281 | 399 Park Avenue |
| Telephone: (212) 326-3939 | Suite 3600 |
| Facsimile: (212) 755-7306 | New York, NY 10022 |
| jjnormile@jonesday.com | 212 980 7400 |
| phendler@jonesday.com | *OLanger@RobinsKaplan.com* |
| kcanfield@jonesday.com | |
| | Christopher P. Sullivan (BBO#485120) |
| Gregory Castanias (pro hac vice) | Robins Kaplan LLP |
| Jennifer L. Swize (pro hac vice) | 800 Boylston Street |
| JONES DAY | Suite 2500 |
| 51 Louisiana Avenue, N.W. | Boston, MA 02199 |
| Washington, D.C. 20001 | *CSullivan@RobinsKaplan.com* |
| Telephone: (202) 879-3939 | |
| gcastanias@jonesday.com | *Attorneys For Defendant* |
| jswize@jonesday.com | *Collegium Pharmaceutical, Inc.* |
| | |
| *Attorneys for Plaintiffs* | |

## CERTIFICATE OF SERVICE

I, Kenneth S. Canfield, hereby certify that I have on this 26th day of February, 2018, filed a copy of the foregoing through the Court's CM/ECF system, which will serve an electronic copy on counsel of record identified in the Notice of Electronic Filing.

/s/ Kenneth S. Canfield

<mark>NAI-1503469050

2</mark>