IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

PURDUE PHARMA L.P., )
PURDUE PHARMACEUTICALS L.P., )
and RHODES TECHNOLOGIES, )
                                                   )
           Plaintiffs, )   C.A. No. 15-cv-13099-FDS
v. )   (Lead Docket No.)
                                                   )
COLLEGIUM PHARMACEUTICAL, INC., )
                                                   )
           Defendant. )
                                                   )

## STIPULATION AND [PROPOSED] ORDER

WHEREAS Plaintiffs Purdue Pharma, L.P., Purdue Pharmaceuticals L.P. (collectively, "Purdue"), and Rhodes Technologies (collectively, "Plaintiffs") have asserted infringement of U.S. Patent Nos. 9,073,933 (the "'933 patent"); 9,522,919 (the "'919 patent"); 10,407,434 (the "'434 patent"); and 9,693,961 (the "'961 patent") (collectively, the "patents in suit") against Defendant Collegium Pharmaceutical, Inc. ("Defendant") in the above-referenced litigation;

WHEREAS on April 1, 2021, the Court entered a Scheduling Order in the above-referenced litigation through the close of expert discovery (Dkt. 253);

WHEREAS Defendant has filed a pending post-grant review proceeding PGR2018-00048 before the Patent Trial and Appeal Board (the "PTAB") against Purdue's '961 patent, and Purdue filed a pending motion to terminate (PGR2018-00048, Paper 48);

WHEREAS on October 8, 2021, in an email to counsel for the parties, the PTAB stated that "the Board expects to issue a paper in this proceeding within the next month";

WHEREAS on September 15, 2019, Plaintiffs and their debtor affiliates each

1

commenced a voluntary bankruptcy case under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 et seq.) in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") (the "Purdue Bankruptcy Proceedings," Lead Case No. 19-bk-23649);

WHEREAS on September 17, 2021, the Bankruptcy Court approved the Twelfth Amended Joint Chapter 11 Plan of Reorganization of Purdue Pharma L.P. and its Affiliated Debtors (the "Plan of Reorganization") (19-bk-23649, Dkt. 3786; 3787);

WHEREAS the Bankruptcy Court's order approving the Plan of Reorganization was appealed to the U.S. District Court for the Southern District of New York (Lead Case No. 21-cv-07532), and the U.S. District Court scheduled oral argument on that appeal for November 30, 2021 (21-cv-07532, Dkt. 55);

WHEREAS Plaintiffs and Defendant agree that their best expectation is that Knoa Pharma LLC, the new company that will emerge under the Plan of Reorganization, will be in existence as early as January 31, 2022;

WHEREAS Plaintiffs and Defendant agree to temporarily suspend all litigation activity in this action (except as discussed in Paragraph 2 below) until January 31, 2022;

IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court:

1. The existing Scheduling Order deadlines are amended as follows:

| Event | Original Deadline | Amended Deadline |
|---|---|---|
| Close of Fact Discovery | March 11, 2022 | June 3, 2022 |
| Parties' Opening Expert Disclosures | March 25, 2022 | June 17, 2022 |
| Parties' Rebuttal Expert Disclosures | April 25, 2022 | July 19, 2022 |
| Deposition of Parties' Trial Experts | May 27, 2022 | August 19, 2022 |

2. Plaintiffs and Defendant agree this stipulation and proposed order has no impact on non-party discovery.

3. Plaintiffs and Defendant agree this stipulation and proposed order will not be used to argue for further suspensions of the case schedule.

4. Plaintiffs and Defendant agree this stipulation and proposed order will not be used to argue for or against any requests for injunctive relief.

AGREED AND STIPULATED TO:

Date: November 16, 2021

/s/ Christopher M. Morrison
Christopher M. Morrison (BBO# 651335)
JONES DAY
100 High Street
21st Floor
Boston, MA 02110
Telephone: (617) 960-3939
Facsimile: (617) 449-6999
cmorrison@jonesday.com

John J. Normile (pro hac vice)
Gasper J. LaRosa (pro hac vice)
Kevin V. McCarthy (pro hac vice)
Adam M. Nicolais (pro hac vice)
JONES DAY
250 Vesey Street
New York, NY 10281
Telephone: (212) 326-3939
Facsimile: (212) 755-7306

/s/ Christopher P. Sullivan
Christopher P. Sullivan (BBO #485120)
ROBINS KAPLAN LLP
800 Boylston Street
Suite 2500
Boston, MA 02199
(617) 267-2300
CSullivan@RobinsKaplan.com

Jake M. Holdreith (pro hac vice)
Christopher A. Pinahs (pro hac vice)
Kelsey J. McElveen (pro hac vice)
Emily J. Tremblay (pro hac vice)
Ellen K. Levish (pro hac vice)
ROBINS KAPLAN LLP
800 LaSalle Avenue
Suite 2800
Minneapolis, MN 55402
(612) 349-8500

jjnormile@jonesday.com
gjlarosa@jonesday.com
kmccarthy@jonesday.com
anicolais@jonesday.com

Gregory Castanias (pro hac vice)
Jennifer L. Swize (pro hac vice)
JONES DAY
51 Louisiana Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
gcastanias@jonesday.com
jswize@jonesday.com

Pablo D. Hendler (pro hac vice)
POTOMAC LAW GROUP, PLLC
1177 Avenue of the Americas, 5th Floor
New York, NY 10036
Telephone: (914) 893-6883
Facsimile: (202) 318-7707
phendler@potomaclaw.com

*Attorneys for Plaintiffs*

JHoldreith@RobinsKaplan.com
CPinahs@RobinsKaplan.com
KMcElveen@RobinsKaplan.com
ETremblay@RobinsKaplan.com
ELevish@RobinsKaplan.com

Oren D. Langer (pro hac vice)
ROBINS KAPLAN LLP
900 Third Avenue
Suite 1900
New York, NY 10022
(212) 980-7400
OLanger@RobinsKaplan.com

*Attorneys for Defendant*

SO ORDERED this 17th day of November, 2021.

_____
Hon. F. Dennis Saylor IV
United States District Judge

4